# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | |
|---|---|---|
| Timothy L. Gaddie | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    1:17-cv-00034-GNS |
| | ) | |
| Harvest Credit Management VII, LLC | ) | |
| *Defendant* | ) | |
| | ) | |

### PLAINTIFF'S STATUS REPORT AND NOTICE OF SETTLEMENT

Comes the Plaintiff, Timothy L. Gaddie, by and through undersigned counsel, and in response to this Court's Order of April 4, 2018 [DE 11] files this Status Report and Notice of Settlement.

Plaintiff, Timothy L. Gaddie, has reached a settlement with Defendant Harvest Credit Management VII, LLC in this matter. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Timothy L. Gaddie*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5

Louisville, KY 40207  
Tel: (502) 473-6525  
Fax: (502) 473-6561  
E-mail: james@kyconsumerlaw.com  
*Counsel for Plaintiff*  
*Timothy L. Gaddie*

## CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 5th day of April, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James R. McKenzie
*Counsel for Plaintiff*
*Timothy L. Gaddie*