# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | |
|---|---|---|
| Timothy L. Gaddie | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  1:17-cv-00034-GNS |
| | ) | |
| Harvest Credit Management VII, LLC | ) | |
| *Defendant* | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Timothy L. Gaddie and Defendant Harvest Credit Management VII, LLC hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

/s/ James H. Lawson   (w/permission)  
**James H. Lawson**  
*Lawson at Law, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207  
Tel:   (502) 473-6525  
Fax:   (502) 473-6561  
james@kyconsumerlaw.com  
*Counsel for Plaintiff*  
*Timothy L. Gaddie*

/s/ Bryan H. Hayes_____  
**Bryan H. Hayes**, *of counsel*  
*Fenton Law Firm, P.S.C.*  
105 S. Sherrin Avenue  
Louisville, KY 40207  
Tel:   (502) 896-2301  
Fax:   (502) 893-8706  
bryan@bryanhayeslaw.com  
*Counsel for Defendant*  
*Harvest Credit Management VII, LLC*

James R. McKenzie  
*James R. McKenzie Attorney, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207  
Tel: (502) 371-2179  
Fax: (502) 257-7309


2

E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Timothy L. Gaddie*