# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | |
|---|---|
| Timothy L. Gaddie )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Harvest Credit Management VII, LLC )<br>*Defendant* )<br> ) | Case No. 1:17-cv-00034-GNS |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Timothy L. Gaddie and Defendant Harvest Credit Management VII, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Harvest Credit Management VII, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Timothy L. Gaddie's claims against Defendant Harvest Credit Management VII, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

**Greg N. Stivers, Judge**
**United States District Court**

April 12, 2018